UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MULGREW, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Civ. No. 1:24-cv-00081-DG-JAM <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that Mark A. Chertok of SIVE, PAGET & RIESEL P.C., an attorney admitted before this Court, hereby appears in the above-captioned action on behalf of Defendants the METROPOLITAN TRANSPORTATION AUTHORITY and the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address stated below.

Dated: January 24, 2024
      New York, New York

                                        Respectfully submitted,

                                        <u>*/s/ Mark A. Chertok*</u>
                                        Mark A. Chertok
                                        SIVE, PAGET & RIESEL P.C.
                                        560 Lexington Avenue, 15th Floor
                                        New York, NY 10022
                                        Telephone: (212) 421-2150
                                        Facsimile: (212) 421-1891
                                        E-mail: mchertok@sprlaw.com

                                        *Counsel for Defendants*
                                        *the Metropolitan Transportation Authority,*
                                        *and the Triborough Bridge and Tunnel Authority*