CLOSED,ACO,DJI,TransferredOutCase–DoNotDocket

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:24–cv–00081–DG–JAM

| | |
|---|---|
| Mulgrew et al v. United States Department of Transportation et al | Date Filed: 01/04/2024 |
| Assigned to: Judge Diane Gujarati | Date Terminated: 02/23/2024 |
| Referred to: Magistrate Judge Joseph A. Marutollo | Jury Demand: None |
| Cause: 42:4321 Review of Agency Action–Environment | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Michael Mulgrew**          represented by   **Alan M. Klinger**
Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
212–378–7677
Email: aklinger@steptoe.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AFL–CIO**          represented by   **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vito J. Fossella**          represented by   **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Caminiti**          represented by   **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troy McGhie**          represented by   **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Mazier**          represented by   **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carly Bianchini**          represented by

**Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hannah Choi**                     represented by    **Alan M. Klinger**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Garcia**                    represented by    **Alan M. Klinger**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lindsey Lampf**                   represented by    **Alan M. Klinger**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kamillah Hanks**                  represented by    **Alan M. Klinger**
*individually and as New York City*                   (See above for address)
*Councilmember*                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Maher**                     represented by    **Alan M. Klinger**
*individually and as New York State*                  (See above for address)
*Assemblyman*                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Scarcella–Spanton**       represented by    **Alan M. Klinger**
*individually and as New York State Senator*          (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Skoufis**                   represented by    **Alan M. Klinger**
*individually and as New York State Senator*          (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaime Williams**                  represented by    **Alan M. Klinger**
*individually and as New York State*                  (See above for address)
*Assemblywoman*                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Weprin**                    represented by    **Alan M. Klinger**
*individually and as New York State*                  (See above for address)
*Assemblyman*                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The A. Philip Randolph Institute**  represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cliff Hagen**  represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Coalition Of Black Trade Unionists**  represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Tannousis**
*individually and as New York State Assemblyman*
represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iwen Chu**
*individually and as New York State Senator*
represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Reilly**
*individually and as New York State Assemblyman*
represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew J. Lanza**
*individually and as New York State Senator*
represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Eachus**
*individually and as New York State Assemblyman*
represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Labor Council For Latin American Advancement**
represented by  **Alan M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Carr**
*individually and as New York City Council*
represented by  **Alan M. Klinger**
(See above for address)

*Member* | ATTORNEY TO BE NOTICED

**Plaintiff**

| | | |
|---|---|---|
| **Aileen Gunther** *individually and as New York State Assemblywoman* | represented by | **Alan M. Klinger** (See above for address) ATTORNEY TO BE NOTICED |

**Plaintiff**

| | | |
|---|---|---|
| **Rob Rolison** *individually and as New York State Senator* | represented by | **Alan M. Klinger** (See above for address) ATTORNEY TO BE NOTICED |

**Plaintiff**

| | | |
|---|---|---|
| **Karl Brabenec** *individually and as New York State Assemblyman* | represented by | **Alan M. Klinger** (See above for address) ATTORNEY TO BE NOTICED |

**Plaintiff**

| | | |
|---|---|---|
| **Monica Martinez** *individually and as New York State Senator* | represented by | **Alan M. Klinger** (See above for address) ATTORNEY TO BE NOTICED |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Borelli** *individually and as New York City Council Member* | represented by | **Alan M. Klinger** (See above for address) ATTORNEY TO BE NOTICED |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole Malliotakis** *individually and as United States Congresswoman* | represented by | **Alan M. Klinger** (See above for address) ATTORNEY TO BE NOTICED |

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of Transportation** | represented by | **Gregory Martin Cumming** DOJ−Enrd Natural Resources Section 150 M Street, N.E. Washington, DC 20002 202−598−0414 Email: gregory.cumming@usdoj.gov *LEAD ATTORNEY* ATTORNEY TO BE NOTICED |
| | | **Matthew Silverman** United States Attorney's Office, EDNY Civil Division 271 Cadman Plaza East |

7th Floor
Brooklyn, NY 11201
718–254–6409
Fax: 718–254–6081
Email: matthew.silverman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip R. DePaul**
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–7503
Email: philip.depaul@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha G Peltz**
DOJ–Enrd
Environment and Natural Resource Division
150 M Street NE
Washington, DC 20002
202–353–5959
Email: samantha.peltz@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Highway Administration** represented by **Gregory Martin Cumming**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip R. DePaul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha G Peltz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shailen Bhatt** represented by **Gregory Martin Cumming**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | **Matthew Silverman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Philip R. DePaul**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Samantha G Peltz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Richard J. Marquis** | represented by | **Gregory Martin Cumming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Matthew Silverman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Philip R. DePaul**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Samantha G Peltz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Metropolitan Transit Authority** | represented by | **Elizabeth Read Knauer**<br>Sive Paget & Riesel, P.C.<br>560 Lexington Avenue<br>15th floor<br>New York, NY 10022<br>212–421–2150<br>Fax: 212–421–1891<br>Email: eknauer@sprlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Gabrielle Tenzer**<br>Kaplan Hecker & Fink LLP<br>350 Fifth Avenue<br>63rd Floor<br>New York, NY 10118<br>212–763–0883<br>Fax: 212–564–0883 |

Email: gtenzer@kaplanhecker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Nelson**
Sive, Paget & Riesel P.C.
560 Lexington Ave
New York, NY 10022
212–421–2150
Email: jnelson@sprlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Adam Matz**
Kaplan Hecker & Fink LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
929–294–2537
Email: jmatz@kaplanhecker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Chertok**
Sive, Paget & Riesel, P.C.
560 Lexington Avenue
15th floor
New York, NY 10022
212–421–2150
Fax: 212–421–1891
Email: mchertok@sprlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roberta Ann Kaplan**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
63rd Floor
10118
New York, NY 10118
212–763–0883
Fax: 212–564–0883
Email: rkaplan@kaplanhecker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Triborough Bridge and Tunnel Authority**　　　represented by　**Elizabeth Read Knauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabrielle Tenzer**
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **John F. Nelson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Joshua Adam Matz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Mark A. Chertok**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Roberta Ann Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **New York State Department of Transportation** | represented by | **Andrew G. Frank**<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212–416–8271<br>Fax: 212–416–6007<br>Email: andrew.frank@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **New York City Department of Transportation** | represented by | **Christian Chase Harned**<br>Office of the Corporation Counsel<br>Environmental Law Division<br>100 Church Street<br>Ste 6–127<br>New York, NY 10007<br>212–356–1676<br>Email: chharned@law.nyc.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2024 | Ï 1 | COMPLAINT against All Defendants filing fee $ 405, receipt number ANYEDC–17429524 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by CARLY BIANCHINI, AFL–CIO, MICHAEL MULGREW, MARTHA MAZIER, VITO J. FOSSELLA, FRANK GARCIA, HANNAH CHOI, PAUL CAMINITI, LINDSEY LAMPF, TROY McGHIE. (Attachments: # 1 Civil Cover Sheet) (Klinger, Alan) (Entered: 01/04/2024) |

| 01/05/2024 | Ï | Case Assigned to Judge Diane Gujarati and Magistrate Judge Joseph A. Marutollo. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 01/05/2024) |
|---|---|---|
| 01/05/2024 | Ï 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 01/05/2024) |
| 01/05/2024 | Ï 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. **Please refer to ALL Corrections made on this case SPECIFICALLY THE OTHER SECTION ON THIS QC FORM!** (KD) (Entered: 01/05/2024) |
| 01/05/2024 | Ï | Your proposed summons was not issued for one of the following reasons: **No summons provided, please submit summons. The event can be found under the event Other Documents – Proposed Summons/Civil Cover Sheet.** Please correct and submit using Proposed Summons/Civil Cover Sheet. (KD) (Entered: 01/05/2024) |
| 01/05/2024 | Ï 4 | SCHEDULING ORDER: An in–person initial conference will be held on February 16, 2024 at 11 a.m. in Courtroom 324 North before Magistrate Judge Joseph A. Marutollo. Plaintiffs shall file proof of service immediately and shall notify Defendants of the February 16, 2024 conference. The parties shall be prepared to discuss the timing of the filing of a certified administrative record at the conference. The parties are also directed to review this Court's Individual Practices and Rules in advance of the conference. Ordered by Magistrate Judge Joseph A. Marutollo on 1/5/2024. (EG) (Entered: 01/05/2024) |
| 01/05/2024 | Ï 5 | Proposed Summons. by AFL–CIO, Carly Bianchini, Paul Caminiti, Hannah Choi, Vito J. Fossella, Frank Garcia, Lindsey Lampf, Martha Mazier, Troy McGhie, Michael Mulgrew (Attachments: # 1 Proposed Summons) (Klinger, Alan) (Entered: 01/05/2024) |
| 01/08/2024 | Ï | Your proposed summons was not issued for one of the following reasons: **The full case caption must appear on the summons.,** Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (IH) (Entered: 01/08/2024) |
| 01/08/2024 | Ï 6 | Proposed Summons. by AFL–CIO, Carly Bianchini, Paul Caminiti, Hannah Choi, Vito J. Fossella, Frank Garcia, Lindsey Lampf, Martha Mazier, Troy McGhie, Michael Mulgrew (Attachments: # 1 Proposed Summons) (Klinger, Alan) (Entered: 01/08/2024) |
| 01/10/2024 | Ï 7 | Summons Issued as to Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, Metropolitan Transit Authority, New York City Department of Transportation, New York State Department of Transportation, Triborough Bridge and Tunnel Authority, United States Department of Transportation, U.S. Attorney and U.S. Attorney General (IH) (Entered: 01/10/2024) |
| 01/24/2024 | Ï 8 | NOTICE of Appearance by Mark A. Chertok on behalf of Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Chertok, Mark) (Entered: 01/24/2024) |

| | | |
|---|---|---|
| 01/24/2024 | 9 | NOTICE of Appearance by Elizabeth Read Knauer on behalf of Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Knauer, Elizabeth) (Entered: 01/24/2024) |
| 01/25/2024 | 10 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. Shailen Bhatt served on 1/22/2024, answer due 2/12/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 11 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. Federal Highway Administration served on 1/22/2024, answer due 2/12/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 12 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. Richard J. Marquis served on 1/22/2024, answer due 2/12/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 13 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. Metropolitan Transit Authority served on 1/19/2024, answer due 2/9/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 14 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. New York City Department of Transportation served on 1/23/2024, answer due 2/13/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 15 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. New York City Department of Transportation served on 1/24/2024, answer due 2/14/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 16 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. Triborough Bridge and Tunnel Authority served on 1/19/2024, answer due 2/9/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/25/2024 | 17 | SUMMONS Returned Executed by Troy McGhie, Vito J. Fossella, AFL–CIO, Michael Mulgrew, Frank Garcia, Lindsey Lampf, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini. United States Department of Transportation served on 1/22/2024, answer due 3/22/2024. (Klinger, Alan) (Entered: 01/25/2024) |
| 01/26/2024 | 18 | NOTICE of Appearance by John F. Nelson on behalf of Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Nelson, John) (Entered: 01/26/2024) |
| 01/26/2024 | 19 | AMENDED COMPLAINT against All Defendants, filed by Vito J. Fossella, AFL–CIO, Michael Mulgrew, Lindsey Lampf, Troy McGhie, Frank Garcia, Martha Mazier, Hannah Choi, Paul Caminiti, Carly Bianchini, Kamillah Hanks, Brian Maher, Jessica Scarcella–Spanton, James Skoufis, Jaime Williams, David Weprin, The A. Philip Randolph Institute, Cliff Hagen, The Coalition Of Black Trade Unionists, Michael Tannousis, Iwen Chu, Michael Reilly, Andrew J. Lanza, Christopher Eachus, The Labor Council For Latin American Advancement, David Carr, Aileen Gunther, Rob Rolison, Karl Brabenec, Monica Martinez, Joseph Borelli, Nicole Malliotakis. (Klinger, Alan) (Entered: 01/26/2024) |
| 01/29/2024 | 20 | NOTICE of Appearance by Roberta Ann Kaplan on behalf of Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Kaplan, Roberta) (Entered: |

| | | |
|---|---|---|
| | | 01/29/2024) |
| 01/29/2024 | ï 21 | NOTICE of Appearance by Joshua Adam Matz on behalf of Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Matz, Joshua) (Entered: 01/29/2024) |
| 01/29/2024 | ï 22 | NOTICE of Appearance by Gabrielle Tenzer on behalf of Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (aty to be noticed) (Tenzer, Gabrielle) (Entered: 01/29/2024) |
| 02/01/2024 | ï | ORDER – In advance of the February 16, 2024 initial conference, the parties shall file, by February 9, 2024, a joint letter setting forth each party's position regarding the following:<br><br>(1) whether the parties are amenable to a settlement conference at this stage in the litigation in this case; and<br><br>(2) whether the parties are amenable to a global settlement conference at this stage in the litigation. A global settlement conference would potentially include the parties in this case as well as the parties in the cases styled State of New Jersey v. United States Department of Transportation, No. 23–cv–3885 (D.N.J.); Sokolich v. United States Department of Transportation, No. 23–cv–21728 (D.N.J.), Chan v. United States Department of Transportation, No. 23–cv–10365 (S.D.N.Y.); and New Yorkers Against Congestion Pricing Tax v. United States Department of Transportation, No. 24–cv–367 (S.D.N.Y.).<br><br>As noted in the Court's January 4, 2024 order, the parties are reminded that they shall be prepared to discuss the timing of the filing of a certified administrative record at the February 16, 2024 conference.<br><br>Plaintiffs shall serve this order on any party that has been served but has not yet appeared in this action.<br><br>Ordered by Magistrate Judge Joseph A. Marutollo on 2/1/2024. (JAM) (Entered: 02/01/2024) |
| 02/05/2024 | ï | ORDER: The in–person initial conference scheduled for February 16, 2024 at 11:00 a.m. will now be held in Courtroom 6D South before Magistrate Judge Joseph A. Marutollo. The parties are reminded to review this Court's Individual Practices and Rules in advance of the conference. Ordered by Magistrate Judge Joseph A. Marutollo on 2/5/2024. (EG) (Entered: 02/05/2024) |
| 02/06/2024 | ï 23 | NOTICE of Appearance by Christian Chase Harned on behalf of New York City Department of Transportation (aty to be noticed) (Harned, Christian) (Entered: 02/06/2024) |
| 02/08/2024 | ï 24 | NOTICE of Appearance by Gregory Martin Cumming on behalf of Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, United States Department of Transportation (aty to be noticed) (Cumming, Gregory) (Entered: 02/08/2024) |
| 02/08/2024 | ï 25 | NOTICE of Appearance by Andrew G. Frank on behalf of New York State Department of Transportation (aty to be noticed) (Frank, Andrew) (Entered: 02/08/2024) |
| 02/08/2024 | ï 26 | NOTICE of Appearance by Philip R. DePaul on behalf of Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, United States Department of Transportation (aty to be noticed) (DePaul, Philip) (Entered: 02/08/2024) |
| 02/08/2024 | ï 27 | Letter MOTION for pre motion conference *in anticipation of Federal Defendants' motion to dismiss all claims applicable to them in this action pursuant to Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure* by Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, United States Department of Transportation. (DePaul, Philip) (Entered: 02/08/2024) |
| 02/08/2024 | ï 28 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Matthew Silverman on behalf of Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, United States Department of Transportation (aty to be noticed) (Silverman, Matthew) (Entered: 02/08/2024) |
| 02/08/2024 | Ï 29 | Letter MOTION for pre motion conference *in anticipation of New York State Department of Transportation's motion to dismiss all claims applicable to them in this action* by New York State Department of Transportation. (Frank, Andrew) (Entered: 02/08/2024) |
| 02/08/2024 | Ï 30 | Letter MOTION for pre motion conference *seeking permission to file motion to dismiss* by Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority. (Knauer, Elizabeth) (Entered: 02/08/2024) |
| 02/09/2024 | Ï 31 | Letter *for pre−motion conference seeking permission to file motion to dismiss* by New York City Department of Transportation (Harned, Christian) (Entered: 02/09/2024) |
| 02/09/2024 | Ï 32 | Letter by AFL−CIO, Carly Bianchini, Joseph Borelli, Karl Brabenec, Paul Caminiti, David Carr, Hannah Choi, Iwen Chu, Christopher Eachus, Vito J. Fossella, Frank Garcia, Aileen Gunther, Cliff Hagen, Kamillah Hanks, Lindsey Lampf, Andrew J. Lanza, Brian Maher, Nicole Malliotakis, Monica Martinez, Martha Mazier, Troy McGhie, Michael Mulgrew, Michael Reilly, Rob Rolison, Jessica Scarcella−Spanton, James Skoufis, Michael Tannousis, The A. Philip Randolph Institute, The Coalition Of Black Trade Unionists, The Labor Council For Latin American Advancement, David Weprin, Jaime Williams (Klinger, Alan) (Entered: 02/09/2024) |
| 02/12/2024 | Ï 33 | NOTICE of Appearance by Samantha G Peltz on behalf of Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, United States Department of Transportation (aty to be noticed) (Peltz, Samantha) (Entered: 02/12/2024) |
| 02/12/2024 | Ï 34 | CERTIFICATE OF SERVICE by AFL−CIO, Carly Bianchini, Joseph Borelli, Karl Brabenec, Paul Caminiti, David Carr, Hannah Choi, Iwen Chu, Christopher Eachus, Vito J. Fossella, Frank Garcia, Aileen Gunther, Cliff Hagen, Kamillah Hanks, Lindsey Lampf, Andrew J. Lanza, Brian Maher, Nicole Malliotakis, Monica Martinez, Martha Mazier, Troy McGhie, Michael Mulgrew, Michael Reilly, Rob Rolison, Jessica Scarcella−Spanton, James Skoufis, Michael Tannousis, The A. Philip Randolph Institute, The Coalition Of Black Trade Unionists, The Labor Council For Latin American Advancement, David Weprin, Jaime Williams re 1 Complaint, (Klinger, Alan) (Entered: 02/12/2024) |
| 02/12/2024 | Ï 35 | CERTIFICATE OF SERVICE by AFL−CIO, Carly Bianchini, Joseph Borelli, Karl Brabenec, Paul Caminiti, David Carr, Hannah Choi, Iwen Chu, Christopher Eachus, Vito J. Fossella, Frank Garcia, Aileen Gunther, Cliff Hagen, Kamillah Hanks, Lindsey Lampf, Andrew J. Lanza, Brian Maher, Nicole Malliotakis, Monica Martinez, Martha Mazier, Troy McGhie, Michael Mulgrew, Michael Reilly, Rob Rolison, Jessica Scarcella−Spanton, James Skoufis, Michael Tannousis, The A. Philip Randolph Institute, The Coalition Of Black Trade Unionists, The Labor Council For Latin American Advancement, David Weprin, Jaime Williams re 1 Complaint, (Klinger, Alan) (Entered: 02/12/2024) |
| 02/14/2024 | Ï 36 | Letter *to Magistrate Judge Marutollo re: Friday Conference and Forthcoming Stipulation to Transfer Venue to the Southern District of New York* by Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (Kaplan, Roberta) (Entered: 02/14/2024) |
| 02/14/2024 | Ï | SCHEDULING ORDER: In light of the representations made in the February 14, 2024 letter 36 , the initial conference scheduled for February 16, 2024 is adjourned sine die. Plaintiffs' deadline to respond to Defendants' pre−motion conference letters is also adjourned sine die. The parties shall file a stipulation in which they agree to transfer this matter to the Southern District of New York by no later than February 20, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 2/14/2024. (JAM) (Entered: 02/14/2024) |
| 02/15/2024 | Ï 37 | |

| | | |
|---|---|---|
| | | Letter *Regarding Transfer of Venue to the Southern District of New York* by Shailen Bhatt, Federal Highway Administration, Richard J. Marquis, United States Department of Transportation (DePaul, Philip) (Entered: 02/15/2024) |
| 02/16/2024 | Ï 38 | Letter *Response to Federal Defendants' Letter on Transfer* by Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (Attachments: # 1 Exhibit A) (Kaplan, Roberta) (Entered: 02/16/2024) |
| 02/16/2024 | Ï 39 | Letter by AFL−CIO, Carly Bianchini, Joseph Borelli, Karl Brabenec, Paul Caminiti, David Carr, Hannah Choi, Iwen Chu, Christopher Eachus, Vito J. Fossella, Frank Garcia, Aileen Gunther, Cliff Hagen, Kamillah Hanks, Lindsey Lampf, Andrew J. Lanza, Brian Maher, Nicole Malliotakis, Monica Martinez, Martha Mazier, Troy McGhie, Michael Mulgrew, Michael Reilly, Rob Rolison, Jessica Scarcella−Spanton, James Skoufis, Michael Tannousis, The A. Philip Randolph Institute, The Coalition Of Black Trade Unionists, The Labor Council For Latin American Advancement, David Weprin, Jaime Williams (Klinger, Alan) (Entered: 02/16/2024) |
| 02/16/2024 | Ï 40 | STIPULATION *and [Proposed] Order to Transfer Case to the Southern District of New York Under 28 U.S.C. 1404(a)* by Metropolitan Transit Authority, Triborough Bridge and Tunnel Authority (Kaplan, Roberta) (Entered: 02/16/2024) |
| 02/17/2024 | Ï 41 | ORDER re 40 – For the reasons stated in the attached Memorandum and Order, considerations of fairness, efficiency, and justice favor transferring this action to the Southern District of New York. The Clerk of Court is respectfully directed to transfer this case to the United States District Court for the Southern District of New York within seven days of the date of this Order, pursuant to Local Civil Rule 83.1. Ordered by Magistrate Judge Joseph A. Marutollo on 2/17/2024. (JAM) (Entered: 02/17/2024) |
| 02/23/2024 | Ï | Case transferred to Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (IH) (Entered: 02/23/2024) |