UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

NEW YORKERS AGAINST CONGESTION
PRICING TAX, *et al.*,

                      Plaintiffs,

                      No. 1:24-cv-00367-LJL

              v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                      Defendants.

------------------------------------------------------------------------ x

MICHAEL MULGREW, *et al.*,

                      Plaintiffs,

              v.

                      No. 1:24-cv-01644-LJL

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                      Defendants.

------------------------------------------------------------------------ x

## **DECLARATION OF ANDREW G. FRANK**

I, Andrew G. Frank, declare as follows:

      1.     I am an Assistant Attorney General in the New York State Attorney General's Office, counsel for the New York State Department of Transportation (the "Department") in the above-captioned matters.

      2.     I submit this declaration in support of the Department's motion to dismiss the Department from the above-captioned matters.

3.     Attached to this declaration as Exhibit A is a true and complete copy of the Executive Summary of the Final Environmental Assessment for the proposed Central Business District Tolling Program, dated April 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2024

_____
Andrew G. Frank
Assistant Attorney General
New York State Attorney General's
 Office
28 Liberty Street
New York, NY 10005
Telephone:  (212) 416-8271
E-mail:     andrew.frank@ag.ny.gov