UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MULGREW, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-01644-LJL <br><br> NOTICE OF PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, AND THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants the Metropolitan Transportation Authority, the New York City Department of Transportation, and the Triborough Bridge and Tunnel Authority's Partial Motion to Dismiss the Amended Complaint, the Declaration of Roberta A. Kaplan and exhibit thereto, and all other papers and proceedings herein, Defendants, by and through their counsel, will move this Court before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure partially dismissing the Amended Complaint with prejudice.

| | |
|---|---|
| Dated: March 18, 2024 | Respectfully submitted, |
| SYLVIA O. HINDS-RADIX<br>Corporation counsel of the City of New York | /s/ Mark A. Chertok<br>Mark A. Chertok<br>Elizabeth Knauer<br>John F. Nelson |
| By: /s/ Nathan Taylor<br>    Nathan Taylor<br>    Senior Counsel<br>    Environmental Law Division<br>    New York City Law Department<br>    100 Church Street<br>    New York, NY 10007<br>    Telephone: 212-356-2315<br>    ntaylor@law.nyc.gov | SIVE, PAGET & RIESEL, P.C.<br>560 Lexington Avenue, 15th Floor<br>New York, New York 10022<br>(212) 421-2150<br>mchertok@sprlaw.com<br>eknauer@sprlaw.com<br>jnelson@sprlaw.com |
| *Counsel for Defendant the New York City Department of Transportation* | /s/ Roberta A. Kaplan<br>Roberta A. Kaplan<br>Gabrielle E. Tenzer<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, New York 10118<br>(212) 763-0883<br>rkaplan@kaplanhecker.com<br>gtenzer@kaplanhecker.com |
| | Joshua Matz<br>Kate Harris (*pro hac vice* forthcoming)<br>KAPLAN HECKER & FINK LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>(212) 763-0883<br>jmatz@kaplanhecker.com<br>kharris@kaplanhecker.com |
| | *Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority* |