**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL MULGREW, *et al.*,

                          *Plaintiffs*,

      v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                       *Defendants*.

No. 1:24-CV-01644-LJL

**[PRPOSED] ORDER FOR ADMISSION PRO HAC VICE**

       The motion of Kate Harris, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Kate Harris
KAPLAN HECKER & FINK LLP
1050 K Street, NW Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
kharris@kaplanhecker.com

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority in the above captioned action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                                                    _____

HONORABLE LEWIS L. LIMAN
United States District Judge