UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICHAEL MULGREW, *et al.*,

        Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Case No. 1:24-cv-01644-LJL
[rel. 1:24-cv-00367-LJL]
[rel. 1:23-cv-10365-LJL]

## **DECLARATION OF ALAN M. KLINGER**

I, Alan M. Klinger, declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney licensed and admitted to practice in the State of New York and a partner at Steptoe LLP, co-counsel for Plaintiffs in the above-referenced matter. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss and Plaintiffs' Cross-Motion to Amend Plaintiffs' Complaint.

2. On or about March 11, 2024, I and my colleague David Kahne contacted Andrew Frank of the Attorney General's Office, counsel for the New York State Department of Transportation ("NYSDOT"), to request consent for leave to amend the Complaint to substitute the NYSDOT with its Chief Engineer, Stephanie Winkelhake in her official capacity. NYSDOT had raised the issue of sovereign immunity and we were looking to avoid unnecessary motion practice in that regard. We pointed out that in the related *Chan* action, Ms.

Winkelhake's predecessor, Nicholas Choubah, had been named as a defendant.[1]

3. We then followed up with Mr. Frank's supervisor at the global settlement conference before Magistrate Judge Wettre of the District of New Jersey on March 13, 2024. NYSDOT declined to provide the requested consent stating that the timing of the motion schedule made it difficult to adjust its argument.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Proposed Second Amended Complaint, which replaces NYSDOT with Stephanie Winkelhake in her official capacity as NYSDOT's Chief Engineer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2024
       New York, New York

                                                            /s/ Alan M. Klinger
                                                            Alan M. Klinger

---

[1] *Chan et al. v. U.S. Department of Transportation, et al.*, No. 23-cv-10365-LJL (S.D.N.Y.), ECF 1 ¶ 30; ECF 34 ¶ 44 n.4 (listing Choubah as defendant in his official capacity as Chief Engineer for NYSDOT and noting that he had since been replaced by Stephanie Winkelhake). Under Federal Rule of Civil Procedure 25(d), Winkelhake automatically replaced Choubah as a party.