UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICHAEL MULGREW, *et al.*,

                Plaintiffs,

        - against -

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Case No. 1:24-cv-01644-LJL
[rel. 1:24-cv-00367-LJL]
[rel. 1:23-cv-10365-LJL]

**PLAINTIFFS' NOTICE OF CROSS-MOTION TO AMEND COMPLAINT**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 15(a)(2), Plaintiffs will move before the Honorable Lewis J. Liman, Judge of the U.S. District Court for the Southern District of New York for leave to amend their Complaint (ECF 19) and file a Second Amended Complaint to substitute Defendant New York State Department of Transportation ("NYSDOT") with Stephanie Winkelhake in her official capacity.

In support of its Motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Alan M. Klinger, and supporting exhibits.

Dated: April 5, 2024
      New York, New York

**STEPTOE LLP**

By:   */s/ Alan M. Klinger*
     Alan M. Klinger
     Dina Kolker
     David Kahne
     1114 Avenue of the Americas
     New York, New York 10036
     (212) 506-3900
     aklinger@steptoe.com

*Co-Counsel for Plaintiffs*