```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MICHAEL MULGREW, as President of the UNITED                        :
FEDERATION OF TEACHERS, Local 2, American                          :
Federation of Teachers, AFL-CIO, VITO J. FOSSELLA,                 :
individually and in his capacity as Staten Island Borough          :
President, PAUL CAMINITI, TROY McGHIE,                             :
MARTHA MAZIER, CARLY BIANCHINI, HANNAH                             :
CHOI, FRANK GARCIA, LINDSEY LAMPF,                                 :
                                                                   :
                             Plaintiffs,                           :
          -v-                                                      :
                                                                   :
UNITED STATES DEPARTMENT OF                                        :
TRANSPORTATION, FEDERAL HIGHWAY                                    :
ADMINISTRATION, SHAILEN BHATT, in his official                     :
capacity as Administrator of the Federal Highway                   :
Administration, RICHARD J. MARQUIS, in his official                :
capacity as Division Administrator of the New York                 :
Division of the Federal Highway Administration, the                :
METROPOLITAN TRANSIT AUTHORITY, the                                :
TRIBOROUGH BRIDGE AND TUNNEL                                       :
AUTHORITY, the NEW YORK STATE                                      :
DEPARTMENT OF TRANSPORTATION, the NEW                              :
YORK CITY DEPARTMENT OF TRANSPORTATION                             :
                                                                   :
                             Defendants.                           :
-------------------------------------------------------------------:
                                                                   :
NEW YORKERS AGAINST CONGESTION                                     :
PRICING TAX, DANNY BUZZETTA, DR. GREGOR                            :
WINKEL, LEE BERMAN, MEREDITH LeVANDE,                              :
RITA SUE SIEGEL, TOMMY LOEB, KATHRYN                               :
FREED, TREVER HOLLAND, RICKY YANG, PAUL                            :
ENG, BARUCH WEISS, ROBERT FRIEDRICH,                               :
KEVIN FORRESTAL, WARREN SCHREIBER,                                 :
CHRISTOPHER RYAN, BEN MASON, DENNIS                                :
ROSARIO, RABBI Y.S. GINZBERG, JACOB                                :
ENGLANDER, AARON GONZALEZ, HOWARD                                  :
CHIN, ELAINE LA PENNA, THOMAS ANTHONY                              :
SCARPACI, COUNCILMEMBER JOSEPH C.                                  :
BORELLI, COUNCILMEMBER KRISTY                                      :
MARMORATO, COUNCILMEMBER VICKIE                                    :
PALADINO, COUNCILMEMBER JOANN ARIOLA,                              :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024

24-cv-1644 (LJL)
24-cv-367 (LJL)
23-cv-10365 (LJL)

ORDER

| | |
|---|---|
| COUNCILMEMBER SUSAN ZHUANG, | : |
| COUNCILMEMBER KALMAN YEGER, | : |
| COUNCILMEMBER INNA VERNIKOV, | : |
| COUNCILMEMBER DAVID CARR, | : |
| COUNCILMEMBER ROBERT F. HOLDEN, and | : |
| ASSEMBLYMEMBER DAVID WEPRIN, individually | : |
| and on behalf of all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, | : |
| METROPOLITAN TRANSPORTATION AUTHORITY, | : |
| TRIBOROUGH BRIDGE AND TUNNEL | : |
| AUTHORITY, NEW YORK STATE DEPARTMENT | : |
| OF TRANSPORTATION, NEW YORK CITY | : |
| DEPARTMENT OF TRANSPORTATION and | : |
| TRAFFIC MOBILITY REVIEW BOARD, | : |
| | : |
| Defendants. | : |

--------------------------------------------------------------------X

| | |
|---|---|
| | : |
| ELIZABETH CHAN, TAMARA HOFFMAN, and DOES | : |
| 1 through 200, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| UNITED STATES DEPARTMENT OF | : |
| TRANSPORTATION, FEDERAL HIGHWAY | : |
| ADMINISTRATION, SHAILEN BHATT, in his official | : |
| capacity as Administrator of the Federal Highway | : |
| Administration, RICHARD J. MARQUIS, in his official | : |
| capacity as Division Administrator of the New York | : |
| Division of the Federal Highway Administration, LISA | : |
| GARCIA, in her official capacity, STEPHEN | : |
| GOODMAN, in his official capacity, ALLISON L.C. DE | : |
| CERRENO Ph.D., in her official capacity, NICHOLAS | : |
| A. CHOUBAH, P.E., in his official capacity, WILLIAM | : |

```
J. CARRY, in his official capacity, and DOES 1 through  :
10.                                                      :
                                                         :
                    Defendants.                          :
-----------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Oral argument in the above-captioned cases shall begin at 9:00 A.M. on May 17, 2024, and shall continue to 5:00 P.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. There will be a fifteen-minute break in the mid-morning and mid-afternoon, and a break of no more than one hour for lunch. The Court will also issue a plan of argument prior to the oral argument.

     SO ORDERED.

Dated: April 16, 2024  
       New York, New York

                                      LEWIS J. LIMAN  
                               United States District Judge