Alan Klinger
212 378 7677
aklinger@Steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



April 30, 2024

<u>Via ECF</u>

Re**:**   *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y.) (LJL); *New Yorkers Against Congestion Pricing Tax v. U.S. Dep't of Transp.*, No. 24 Civ. 367 (S.D.N.Y.) (LJL); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL)

Dear Judge Liman:

    Plaintiffs in the *Chan*, *Mulgrew*, and *New Yorkers Against Congestion Pricing Tax* actions jointly write in connection with MTA counsel's letter late Friday afternoon, seeking to cover for the statement put out by MTA Chair and CEO Janno Lieber (repeated over the weekend on multiple airways) that the Congestion Pricing program will start on June 30th. While counsel recognizes that this Court (as well as the New Jersey federal court) will have some say in the matter, we believe it fair to say that the MTA's statement belies any genuine re-evaluation being conducted as to whether further environmental review is needed based on the actual congestion pricing program.

    Respectfully,

/s/ Alan M. Klinger
Alan M. Klinger
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
Aklinger@steptoe.com

/s/ Jack L. Lester
Jack L. Lester
The Law Offices of Jack L. Lester, Esq.
41 Squaw Road
East Hampton, NY 11937
(631) 604-2228
Jllcomlaw@aol.com