# Exhibit A

# Staff Summary



| Subject | Central Business District Tolling Program (CBDTP) Implementation | Date | June 26, 2024 |
|---|---|---|---|
| Department | Law | Vendor Name | N/A |
| Department Head Name | Paul L. Friman | Contract Number | N/A |
| Department Head Signature | | Contract Manager Name | N/A |
| Project Manager Name | Allison L. C. de Cerreño | Table of Contents Ref. # | N/A |

| Board Action | | | | | |
|---|---|---|---|---|---|
| Order | To | Date | Approval | Info | Other |
| 1 | Board | 6/26/24 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Internal Approvals | | | |
|---|---|---|---|
| Order | Approval | Order | Approval |
| 3 | President | | VP Procurement |
| | General Counsel | | VP Operations |
| 2 | Chief Operating Officer | | VP Labor Relations |
| | VP Operations Support | | VP & Chief Engineer |

| Internal Approval (cont.) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Order | Approval | Order | Approval | Order | Approval | Order | Approval |
| | Senior Director, Policy & Operations Analysis | | Chief Security Officer | | Chief Maintenance Officer | 1 | VP ITS & Tolling |
| | Chief Information Officer | | Chief Health & Safety Officer | | Affirmative Action | | Other |

**PURPOSE**: To obtain the Board's approval of the annexed Resolution which will (i) acknowledge that the pause in the implementation of the central business district tolling program (CBDTP) announced by New York State precludes MTA staff from implementing the program in June 2024, as directed by the Board's March 2024 resolution; (ii) extend the date of implementation of the CBDTP from on or about June 2024 — the date anticipated in the Board's prior resolution – until after such time as the required final agreement has been executed by all three Project Sponsors - Triborough Bridge and Tunnel Authority (TBTA), New York State Department of Transportation, and New York City Department of Transportation - and by the Federal Highway Administration (FHWA); and (iii) authorize and direct the President of TBTA or her designee to take such steps as may be necessary or desirable to implement the CBDTP until after such time as the required final agreement has been executed.

**DISCUSSION**: The MTA Reform and Traffic Mobility Act requires that TBTA, among other things, establish and operate a CBDTP; establish and charge variable tolls for vehicles entering or remaining in the CBD; and make rules and regulations for the establishment and collection of CBD tolls. On December 6, 2023, the Board authorized the President of TBTA and her designees to take requisite preliminary steps to implement a schedule of toll rates for use in such a program.

On March 27, 2024, the Board authorized that the CBDTP shall be implemented by TBTA in or about June 2024, and authorized and directed the President of TBTA or her designee to take such steps as may be necessary or desirable to implement the CBDTP in or about June 2024.

The legal name of MTA Bridges and Tunnels is Triborough Bridge and Tunnel Authority.

On June 5, 2024, New York State announced a pause in implementation of the CBDTP. The MTA Reform and Traffic Mobility Act remains in effect while the Program is paused.

On June 14, 2024, FHWA completed their Reevaluation process under the National Environmental Policy Act (NEPA) confirming that the tolling structure adopted by the Board in March 2024 complies with the Environmental Assessment, that no further evaluation is needed for the adopted tolling structure, and that the 2023 Finding of No Significant Impact (FONSI) remains valid.

The next and final step would be for the three Project Sponsors – TBTA, New York State Department of Transportation, and New York City Department of Transportation -- as well as FHWA, the federal agency of jurisdiction, to sign the Value Pricing Pilot Program (VPPP) tolling agreement.

By the attached Resolution the Board would extend the date of implementation of the CBDTP from in or about June 2024 until after such time as the required final agreement has been executed by the Project Sponsors and FHWA, as required by federal law and regulation.

Finally, the Board is asked to fully authorize and direct the President of TBTA or her designee to take such steps as may be necessary or desirable to implement the CBDTP until after such time as the required final agreement has been executed.

**IMPACT ON FUNDING**:  MTA Reform and Traffic Mobility Act requires that TBTA establish and operate a CBDTP that will that, among other things, generate enough net annual revenue to fund $15 billion for MTA's transit and commuter rail system capital projects.

**RECOMMENDATION**:  It is recommended that the Board adopt and approve the attached Resolution.

## **RESOLUTION**

**WHEREAS**, on March 27, 2024, the Board authorized that the central business district tolling program (CBDTP) shall be implemented by the Authority in or about June 2024, and fully authorized and directed the President of the Authority or her designee to take such steps as may be necessary or desirable to implement the CBDTP in or about June 2024; and

**WHEREAS**, New York State has subsequently announced a pause to the implementation of the CBDTP; and

**WHEREAS**, the MTA Reform and Traffic Mobility Act of 2019 remains in effect while the Program is paused; and

**WHEREAS**, the Board has considered all of the above.

**NOW, THEREFORE,** upon motion duly made and seconded, the following resolution is adopted by the Board:

**RESOLVED** that the Board recognizes that the CBDTP will not be implemented in June 2024, due to the pause in the program; and be it further,

**RESOLVED**, that the date of implementation of the CBDTP is hereby extended from in or about June 2024 until after such time as the execution of the legally-required tolling agreement among the Project Sponsors - New York State Department of Transportation, New York City Department of Transportation, and Triborough Bridge and Tunnel Authority - and also by the Federal Highway Administration; and be it further,

**RESOLVED,** that the President of the Authority or her designee is hereby fully authorized and directed to take such steps as may be necessary or desirable to implement the CBDTP until after such time as the required final agreement has been executed.

June 26, 2024
New York, New York