UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

MICHAEL MULGREW, *et al.*,

                Plaintiffs,

                v.                             No. 1:24-cv-01644-LJL

UNITED STATES DEPARTMENT OF
TRANSPORTATION, *et al.*,

                Defendants.

------------------------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO ANSWER

The parties to this action hereby stipulate that the date for defendants, the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority, to answer or otherwise respond to the amended complaint in this matter [ECF No. 19] is extended from the current date of July 5, 2024 to and including August 30, 2024.

Dated: July 3, 2024                          STEPTOE LLP

                                          By: _____ By EK
                                          Alan M. Klinger
                                          1114 Avenue of the Americas
                                          New York, New York  10036
                                          (212) 506-3900
                                          aklinger@steptoe.com

                                          *Counsel for Plaintiffs*

Dated: July 3, 2024

DAMIAN WILLIAMS
United States Attorney

By: _____ By EK
Zachary Bannon
Gregory Cumming
Philip DePaul
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York  10007
(212) 637-2728
Zachary.Bannon@usdoj.gov

*Counsel for the Federal Defendants*

Dated: July 3, 2024

SIVE, PAGET & RIESEL. P.C

By: _____
Elizabeth Knauer
Mark A. Chertok
John F. Nelson
560 Lexington Avenue, 15th Floor
New York, New York10022
(646) 378-7272
eknauer@sprlaw.com
mchertok@sprlaw.com
jnelson@sprlaw.com

*Counsel for Defendants Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

Dated: July 3, 2024								LETITIA JAMES
											Attorney General of the State of New York

											By: _____ By EK
											Andrew G. Frank
											Assistant Attorney General
											N.Y.S. Attorney General's Office
											28 Liberty Street
											New York, New York  10005
											(212) 416-8271
											andrew.frank@ag.ny.gov

											*Counsel for Defendant New York State Department of Transportation*

Dated: July 3, 2024								MURIEL GOODE-TRUFANT
											Acting Corporation Counsel of the City of New York

											By: _____
											Christian Harned
											Assistant Corproation Counsel
											Environmental Law Division
											New York City Law Department
											100 Church Street
											New York, New York  10007-2601
											(212) 356-1676
											chharned@law.nyc.gov

											*Counsel for Defendant New York City Department of Transportation*

3

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated:_____