UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MICHAEL MULGREW, *et al.*,          :
                                            :
                   Plaintiffs,     :
                                            :
                  v.                 :   No. 1:24-cv-01644-LJL
                                            :
UNITED STATES DEPARTMENT OF     :
TRANSPORTATION, *et al.*,           :
                                            :
                   Defendants.    :
------------------------------------------------------------------------ x

## STIPULATION AND ORDER
## <u>EXTENDING TIME TO ANSWER</u>

The parties to this action hereby stipulate that the date for defendants, the

Metropolitan Transportation Authority and the Triborough Bridge and Tunnel

Authority, to answer or otherwise respond to the amended complaint in this matter

[ECF No. 19] is extended from the current date of July 5, 2024 to and including

August 30, 2024.

Dated: July 3, 2024               STEPTOE LLP

                              By: _____ By EK
                                 Alan M. Klinger
                                 1114 Avenue of the Americas
                                 New York, New York  10036
                                 (212) 506-3900
                                 aklinger@steptoe.com

                              *Counsel for Plaintiffs*

Dated: July 3, 2024

DAMIAN WILLIAMS
United States Attorney


By: _____    By EK
   Zachary Bannon
   Gregory Cumming
   Philip DePaul
   Assistant United States Attorneys
   86 Chambers Street, Third Floor
   New York, New York  10007
   (212) 637-2728
   Zachary.Bannon@usdoj.gov

*Counsel for the Federal Defendants*


Dated: July 3, 2024

SIVE, PAGET & RIESEL. P.C


By: _____
   Elizabeth Knauer
   Mark A. Chertok
   John F. Nelson
   560 Lexington Avenue, 15th Floor
   New York, New York10022
   (646) 378-7272
   eknauer@sprlaw.com
   mchertok@sprlaw.com
   jnelson@sprlaw.com

*Counsel for Defendants Metropolitan*
*Transportation Authority and the*
*Triborough Bridge and Tunnel Authority*

Dated: July 3, 2024

LETITIA JAMES
Attorney General of the State of New
York

By: _____   By EK

    Andrew G. Frank
    Assistant Attorney General
    N.Y.S. Attorney General's Office
    28 Liberty Street
    New York, New York  10005
    (212) 416-8271
    andrew.frank@ag.ny.gov

*Counsel for Defendant New York State*
*Department of Transportation*

Dated: July 3, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of
New York

By:_____

    Christian Harned
    Assistant Corporation Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, New York  10007-2601
    (212) 356-1676
    chharned@law.nyc.gov

*Counsel for Defendant New York City*
*Department of Transportation*

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE


Dated:  July 8, 2024
      _____