# SIVE | PAGET | RIESEL

**MARK A. CHERTOK**
DIRECT DIAL: 646.378.7228
MCHERTOK@SPRLAW.COM

July 26, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Chan v. U.S. Dep't of Transp.*, No. 23 Civ. 10365 (S.D.N.Y.) (LJL); *Mulgrew v. U.S. Dep't of Transp.*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL)

Dear Judge Liman,

We write on behalf of all parties in the above-referenced matters to inform the Court that Plaintiffs have informed Defendants that they intend to move to amend the complaints in both actions to add new claims concerning the reevaluation of the adopted tolling structure that was approved by the Federal Highway Administration on June 14, 2024. Pursuant to the Court's scheduling order dated June 28, 2024, such motions will be filed today, July 26. The parties have conferred with respect to the schedule to follow such motions.

As Defendants have not yet had an opportunity to review the proposed amendments, the parties jointly propose that on or before August 30, 2024, Defendants will either file papers in opposition to the motions to amend, or consent to the proposed motions and either answer or move to dismiss the amended complaints. This date corresponds with the deadline to answer or move with respect to the remaining claim in *New Yorkers Against Congestion Pricing Tax, et al. v. United States Department of Transportation*, No. 24 Civ. 367, and to move to dismiss the complaint in *Trucking Association of New York v. Metropolitan Transportation Authority*, No. 24 Civ. 4111, also before Your Honor. The parties will confer and propose a schedule for additional briefing following the August 30 filings.

Respectfully submitted,

*/s/ Mark A. Chertok*
Mark A. Chertok
Elizabeth Knauer
SIVE, PAGET & RIESEL, P.C.
560 Lexington Ave., 15th Floor
(646) 378-7228 / (646) 378-7272
mchertok@sprlaw.com

The Honorable Lewis J. Liman
July 26, 2024
Page 2 of 2

eknauer@sprlaw.com

<u>/s/ Roberta A. Kaplan</u>
Roberta A. Kaplan
KAPLAN MARTIN LLP
156 West 56th Street | Suite 207
New York, NY 10019
(212) 316-9500
rkaplan@kaplanmartin.com

<u>/s/ Gabrielle E. Tenzer</u>
Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
rkaplan@heckerfink.com
gtenzer@heckerfink.com

Joshua A. Matz
Kate Harris (*admitted pro hac vice*)
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
jmatz@heckerfink.com
kharris@heckerfink.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*