**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| MICHAEL MULGREW, as President of the UNITED FEDERATION OF TEACHERS, Local 2, American Federation of Teachers, AFL-CIO, VITO J. FOSSELLA, individually and as Staten Island Borough President, THE A. PHILIP RANDOLPH INSTITUTE, THE COALITION OF BLACK TRADE UNIONISTS, THE LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, JESSICA SCARCELLA-SPANTON, individually and as New York State Senator, DAVID WEPRIN, individually and as New York State Assemblyman, DAVID CARR, individually and as New York City Council Member, NICOLE MALLIOTAKIS, individually and as United States Congresswoman, JOSEPH BORELLI, individually and as New York City Council Member, JAMES SKOUFIS, individually and as New York State Senator, ROB ROLISON, individually and as New York State Senator, AILEEN GUNTHER, individually and as New York State Assemblywoman, CHRISTOPHER EACHUS, individually and as New York State Assemblyman, KARL BRABENEC, individually and as New York State Assemblyman, BRIAN MAHER, individually and as New York State Assemblyman, MICHAEL REILLY, individually and as New York State Assemblyman, MICHAEL TANNOUSIS, individually and as New York State Assemblyman, KAMILLAH HANKS, individually and as New York City Councilmember, JAIME WILLIAMS, individually and as New York State Assemblywoman, ANDREW J. LANZA, individually and as New York State Senator, IWEN CHU, individually and as New York State Senator, MONICA MARTINEZ, individually and as New York State Senator, CLIFF HAGEN, TROY McGHIE, MARTHA MAZIER, PAUL CAMINITI, CARLY BIANCHINI, HANNAH CHOI, FRANK GARCIA, LINDSEY LAMPF,<br><br>                    Plaintiffs,<br><br>           - against -<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, in his | Civil Case No. 1:24-cv-01644-LJL<br>[rel. 1:24-cv-00367-LJL]<br>[rel. 1:23-cv-10365-LJL]<br><br><br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| official capacity as Administrator of the Federal Highway Administration, RICHARD J. MARQUIS, in his official capacity as Division Administrator of the New York Division of the Federal Highway Administration, the METROPOLITAN TRANSIT AUTHORITY, the TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, STEPHANIE WINKELHAKE, P.E. in her official capacity as Chief Engineer of the New York State Department of Transportation, the NEW YORK CITY DEPARTMENT OF TRANSPORTATION | : : : : : : : : : : : : |
| Defendants. | : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that upon the Declaration of Alan Klinger dated July 26, 2024, and the exhibits annexed thereto, the Memorandum of Law dated July 26, 2024, and upon all prior pleading and proceedings herein, Plaintiffs will move this Court before the Honorable Louis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, for an order pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 15(a)(2), granting Plaintiffs' motion for leave to file a Second Amended Complaint, and for such other and further relief as this Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that per the parties' proposed schedule, submitted to the Court by joint letter today (Dkt. 92), opposition to the motion, if any, is due no later than August 30th; and reply, if any, is due no later than September 23, 2024, unless otherwise agreed to by the parties or ordered by the Court.

Dated: July 26, 2024  **STEPTOE LLP**
New York, New York

By:
 */s/ Alan M. Klinger*
Alan M. Klinger
Dina Kolker
David Kahne
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
aklinger@steptoe.com

*Counsel for Plaintiffs*