UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MULGREW, et al.,<br><br>    *Plaintiffs*,<br> v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    *Defendants*. | No. 1:24-cv-1644 (LJL) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants The Metropolitan Transportation Authority and The Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: September 30, 2024
   New York, New York

Respectfully submitted,

/s/ Maximilian T. Crema
Maximilian T. Crema
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
Tel.: (212) 316-9500
mcrema@kaplanmartin.com

*Counsel for Defendants The Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*