UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-10365 (LJL) <br> Case No. 1:24-cv-01644 (LJL) <br> Case No. 1:24-cv-00367 (LJL) <br> Case No. 1:24-cv-04111 (LJL) |
| MICHAEL MULGREW, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | **NOTICE OF OMNIBUS MOTION TO DISMISS THE CONSTITUTIONAL CLAIMS BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE TRAFFIC MOBILITY REVIEW BOARD, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, AND WILLIAM J. CARRY** |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | **ORAL ARGUMENT REQUESTED** |

| | |
|---|---|
| TRUCKING ASSOCIATION OF NEW YORK, | |
| *Plaintiff*, | |
| v. | |
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, | |
| *Defendants*. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, the Traffic Mobility Review Board ("TMRB"), the New York City Department of Transportation ("NYCDOT"), and William J. Carry in his official capacity as Assistant Commissioner for Policy for the NYCDOT's Omnibus Motion to Dismiss the Constitutional Claims and all other papers and proceedings herein, Defendants, by and through their counsel, will move this Court before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts Four, Five, and Six in *Chan v. United States Department of Transportation*, No. 23 Civ. 10365; Counts Four, Five, and Six in *Mulgrew v. United States Department of Transportation*, No. 24 Civ. 1644; Count Five and, in all events, the TMRB as a Defendant in connection with Count Five, in *New Yorkers Against Congestion Pricing Tax v. United States Department of Transportation*, No. 24 Civ. 367; and Counts One, Two, and Three in *Trucking Association of New York v. Metropolitan Transportation Authority*, No. 24 Civ. 4111.

2

| | |
|---|---|
| Dated: September 30, 2024<br>New York, New York | Respectfully submitted,<br><br>*/s/ Joshua A. Matz*<br>Joshua A. Matz<br>Kate Harris (*admitted pro hac vice*)<br>HECKER FINK LLP<br>1050 K Street NW, Suite 1040<br>Washington DC, 20001<br>(212) 763-0883<br>jmatz@heckerfink.com<br>kharris@heckerfink.com<br><br>Gabrielle E. Tenzer<br>Ian Robertson (*admission pending*)<br>HECKER FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, New York 10118<br>(212) 763-0883<br>gtenzer@heckerfink.com<br><br>*/s/ Mark A. Chertok*<br>Mark A. Chertok<br>Elizabeth Knauer<br>John F. Nelson<br>SIVE, PAGET & RIESEL, P.C.<br>560 Lexington Avenue, 15th Floor<br>New York, New York 10022<br>(212) 421-2150<br>mchertok@sprlaw.com<br>eknauer@sprlaw.com<br>jnelson@sprlaw.com<br><br>*/s/ Roberta A. Kaplan*<br>Roberta A. Kaplan<br>D. Brandon Trice<br>Maximilian T. Crema<br>KAPLAN MARTIN LLP<br>156 West 56th Street, Suite 207<br>New York, New York 10019<br>(212) 316-9500<br>rkaplan@kaplanmartin.com<br>btrice@kaplanmartin.com |

*Counsel for Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and the Traffic Mobility Review Board*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York

By: */s/ Nathan Taylor*
    Nathan Taylor
    Senior Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2315
    ntaylor@law.nyc.gov

*Counsel for Defendants the New York City Department of Transportation and William J. Carry in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation*

4