

**U.S. Department of Transportation**
**Federal Highway Administration**

New York Division

November 21, 2024

Leo W. O'Brien Federal Building
11A Clinton Avenue, Suite 719
Albany, NY  12207
518-431-4127
Fax:  518-431-4121
NewYork.FHWA@dot.gov

In Reply Refer To:
HDA-NY

Allison L. C. de Cerreño, Ph.D.
Chief Operating Officer
MTA Bridges and Tunnels
2 Broadway, 23rd Floor
New York, NY 10004

Stephanie Winkelhake, P.E.
Chief Engineer
New York State Department of Transportation
50 Wolf Rd, 6th Floor,
Albany, NY 12232

Eric Beaton
Deputy Commissioner for Transportation Planning and Management
New York City Department of Transportation
55 Water Street, 9th Floor
New York, NY  10041

**Subject:    New York City Central Business District Tolling Program – Re-Evaluation 2**

Dear Dr. C de Cerreño, Ms. Winkelhake, and Mr. Beaton:

The Federal Highway Administration (FHWA) received your correspondence dated November 20, 2024, requesting review and approval of the *Re-Evaluation 2* for the Central Business District Tolling Program (CBDTP).  FHWA also acknowledges your previous correspondence dated November 8, 2024, asking FHWA to engage to add a phase-in approach to the tolling structure described in the Re-Evaluation approved in June 2024.

The *Re-Evaluation 2* was prepared consistent with 23 C.F.R. §771.129 and assessed the effects of a phase-in approach of the tolling structure adopted by the Triborough Bridge and Tunnel Authority Board to determine whether the effects are consistent with those disclosed in the April 2023 Final Environmental Assessment and whether the mitigation set forth in the June 2023 Finding of No Significant Impact is still valid.

FHWA concludes that the *Re-Evaluation 2* confirms that the phase-in of the adopted toll structure and impacts associated with it was analyzed and mitigated accordingly. Thus, FHWA

DOT_0047520

finds that no additional environmental analysis is warranted. The conclusions in the Final Environmental Assessment and Finding of No Significant Impact remains valid.

As previously discussed, please post this letter along with all of the Re-Evaluation documents on the project web site maintained by the Metropolitan Transportation Authority as soon as possible.

Sincerely,

RICHARD JOSEPH MARQUIS

Digitally signed by RICHARD JOSEPH MARQUIS
Date: 2024.11.21 18:14:00 -05'00'

Richard J. Marquis
Division Administrator