UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MICHAEL MULGREW, *et al.*,              :
                                        :
                Plaintiffs,  :
                                        :
       - against -                 :    1:24-cv-01644 (LJL)
                                        :    1:23-cv-10365 (LJL)
UNITED STATES DEPARTMENT OF             :
TRANSPORTATION, *et al.*,               :
                                        :    **<u>NOTICE OF MOTION</u>**
                Defendants. :
                                        :
------------------------------------- X
ELIZABETH CHAN, *et al.*,               :
                                        :
                Plaintiffs,  :
                                        :
       - against -                 :
                                        :
UNITED STATES DEPARTMENT OF             :
TRANSPORTATION, *et al.*,               :
                                        :
                Defendants. :
                                        :
------------------------------------- X

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated November 29, 2024, Plaintiffs' Memoranda of Law in Opposition to Defendants' Omnibus Motion to Dismiss, dated November 25, 2024,[1] and the previously-filed motion and memorandum of law dated May 30, 2024 of the Plaintiff Trucking Association of New York ("TANY") in *Truckers Association of New York v. Metropolitan Transportation Authority*, et. al, 24-cv-4111 (S.D.N.Y.)[2] in support of a preliminary injunction, and upon all prior pleading and proceedings herein, Plaintiffs will move this Court on December 20, 2024 before the Honorable Louis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, for an order pursuant to Rule 65(a) of the Federal Rules of Civil

---

[1] ECF Dkt. No. 130 (*Chan*) and No. 118 (*Mulgrew*)

[2] ECF Dkt. No. 4.

Procedure, preliminarily enjoining Defendants from implementing the Central Business Tolling Program, and for such other and further relief as this Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that per the parties' schedule, "So-Ordered" by the Court on November 27, 2024 (Dkt. Nos. 120, 132), opposition to the motion, if any, is due no later than December 2, 2024; and reply, if any, is due no later than December 6, 2024, unless otherwise agreed to by the parties or ordered by the Court.

Dated: New York, New York
        November 29, 2024

**STEPTOE LLP**

By: /s/ Alan M. Klinger
Alan M. Klinger
Dina Kolker
David Kahne
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
aklinger@steptoe.com

*Co-Counsel for the Mulgrew and Chan Plaintiffs*

Of Counsel:

-and-

Carly Rolph
Alexander Langer

BETH A. NORTON, Esq.
United Federation of Teachers
52 Broadway
New York, NY 10004
(212) 701-9420

*Co-Counsel for the United Federation of Teachers and Individual Plaintiffs*

-and-

THE OFFICE OF LOUIS GELORMINO, Esq. & FONTE & GELORMINO LEGAL GROUP
2550 Victory Blvd.
Suite 304
Staten Island, NY 10314
(917) 968-1619
(718) 720-4949

*Co-Counsel for Vito J. Fossella*