UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>　　　　　　　*Defendants*.<br><br>MICHAEL MULGREW, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>　　　　　　　*Defendants*. | Case No. 1:23-cv-10365 (LJL)<br>Case No. 1:24-cv-01644 (LJL)<br><br>**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, AND WILLIAM J. CARRY** |

　　　　PLEASE TAKE NOTICE that, upon (1) the accompanying Memorandum of Law in Support of the Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment and (2) the Administrative Record, Defendants the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, the New York City Department of Transportation, and William J. Carry hereby move this Court for an order granting summary judgment pursuant to Federal Rule of Civil Procedure 56.

1

| | |
|---|---|
| Dated: December 9, 2024 | Respectfully submitted, |

<table>
<tr><td>

MURIEL GOODE-TRUFANT
Corporation counsel of the City of New York
By:  /s/ Nathan Taylor
    Nathan Taylor
    Senior Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2315
    ntaylor@law.nyc.gov

*Counsel for Defendant the New York City Department of Transportation and William J. Carry*

</td><td>

/s/ Mark A. Chertok
Mark A. Chertok
Elizabeth Knauer
John F. Nelson
Amy Cassidy
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
(212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
jnelson@sprlaw.com
acassidy@sprlaw.com


/s/ Roberta A. Kaplan
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
(212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*

</td></tr>
</table>