UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, <br><br>                    Plaintiffs, <br><br>          -v- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br>                    Defendants. | 23-cv-10365 (LJL) <br> 24-cv-01644 (LJL) <br> 24-cv-00367 (LJL) <br> 24-cv-04111 (LJL) <br><br> ORDER |
| MICHAEL MULGREW, *et al.*, <br><br>                    Plaintiffs, <br><br>          -v- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br>                    Defendants. | |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*, <br><br>                    Plaintiffs, <br><br>          -v- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br>                    Defendants. | |
| TRUCKING ASSOCIATION OF NEW YORK, <br><br>                    Plaintiff, <br><br>          -v- <br><br> METROPOLITAN TRANSPORTATION AUTHORITY, e*t al.*, <br><br>                    Defendants. | |

LEWIS J. LIMAN, United States District Judge:

A preliminary injunction hearing is scheduled in the above-captioned cases for December 20, 2024, at 2:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

At that hearing, Plaintiffs will have seventy-five minutes to present, of which they may reserve up to twenty minutes for rebuttal. Plaintiffs shall meet and confer with respect to how they intend to allocate that time across all Plaintiffs in the four cases.

Defendants will have seventy-five minutes to present. Defendants shall meet and confer with respect to how they intend to allocate that time across all Defendants in the four cases.

The parties shall be prepared to inform the Court at the start of the hearing what internal time allocations they have agreed upon.

SO ORDERED.

Dated: December 13, 2024
      New York, New York

_____
                LEWIS J. LIMAN
              United States District Judge