UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL MULGREW, et al.,                    :
                                            :
                    Plaintiffs,             :
                                            :
        - against -                         :    1:24-cv-01644 (LJL)
                                            :    1:23-cv-10365 (LJL)
UNITED STATES DEPARTMENT OF                 :
TRANSPORTATION, et al.,                     :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------------------X
ELIZABETH CHAN, et al.,                     :
                                            :
                    Plaintiffs,             :
                                            :
        - against -                         :
                                            :
UNITED STATES DEPARTMENT OF                 :
TRANSPORTATION, et al.,                     :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------------------X

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Michelle S. Kallen, hereby depose and state as follows under penalty of perjury:

1. I am an attorney at Steptoe LLP.

2. I submit this Affidavit in support of my Motion for Admission Pro Hac Vice in this case.

3. I am in good standing in the bars of the District of Columbia, Virginia, and California. Certificates of Good Standing are annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

1

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 18, 2024

/s/ *Michelle Kallen*
Michelle S. Kallen
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-6415
mkallen@steptoe.com

*Counsel for the Mulgrew and Chan Plaintiffs*

District of Columbia

Signed and sworn to (or affirmed) before me on 12-18-2024 by MICHELLE S. KALLEN

Signature of Notarial Officer

Title of Office: Notary

My Commission Expires: 2-28-2029

[Notary Seal: JOANNE LINEBAUGH, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP.-02/28/2029]

2