AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mulgrew et al <br> *Plaintiff* <br> v. <br> U.S. Depart. of Transport. et al <br> *Defendant* | Case No. 1:24-cv-01644-LJL |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York State Department of Transportation (Defendant) and Stephanie Winkelhake (Defendant) .

Date: 06/13/2025

/s Mihir A. Desai
*Attorney's signature*

Mihir A. Desai / MD8961
*Printed name and bar number*

New York State Attorney General's Office
28 Liberty Street
New York, NY 10005
*Address*

mihir.desai@ag.ny.gov
*E-mail address*

(212) 416-8478
*Telephone number*

(212) 416-6007
*FAX number*