# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ELIZABETH CHAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-10365-LJL |
| | ) | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| MICHAEL MULGREW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-1644-LJL |
| | ) | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-367-LJL |
| | ) | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| TRUCKING ASSOCIATION OF NEW YORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN TRANSPORTATION ) | No. 1:24-CV-4111-LJL |
| AUTHORITY, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| LETITIA JAMES, Attorney General of the ) | |
| State of New York, ) | |
| ) | |
| Intervenor. ) | |
| METROPOLITAN TRANSPORTATION ) | |
| AUTHORITY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| NEW YORK STATE DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.* ) | |
| ) | |
| Intervenor- ) | No. 1:25-cv-1413-LJL |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN DUFFY, in his official capacity as ) | |
| Secretary of the United States Department of ) | |
| Transportation, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4(b), I, Andrew G. Frank, hereby state that on June 16, 2025 I served the Notice of Motion and Motion for Leave to Withdraw [*Chan* ECF No. 181; *Mulgrew* ECF No. 164; *New Yorkers Against* ECF No. 149; *Trucking Association* ECF No. 109; *Metropolitan Transportation Authority v. Duffy* ECF No.

140] on defendant Stephanie Winkelhake (in case nos. 1:23-cv-10365-LJL, 1:24-cv-1644-LJL), defendant Nicholas Choubah (in case no. 1:23-cv-10365-LJL), intervenor Letitia James (in case no. 1:24-cv-4111-LJL), defendant New York State Department of Transportation ("State DOT") (in case nos. 1:25-cv-367-LJL, 1:25-1644-LJL) and intervenor-plaintiff State DOT (in case no. 1:25-cv-1413-LJL) by first-class mail and e-mail at the following addresses:

| | |
|---|---|
| The New York State Department of Transportation, Stephanie Winkelhake and Nicholas Choubah : | Timothy Lennon<br>Assistant Commissioner and General Counsel<br>New York State Department of Transportation<br>50 Wolf Road<br>Albany, NY  12232<br>timothy.lennon@dot.ny.gov |
| Letitia James: | Mihir Desai<br>Assistant Attorney General<br>New York State Attorney General's Office<br>28 Liberty Street<br>New York, NY 10005<br>mihir.desai@ag.ny.gov |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2025

>             /s/ Andrew G. Frank
>             Andrew G. Frank
>             Assistant Attorney General
>             New York State Attorney General's Office
>             28 Liberty Street
>             New York, NY  10005
>             Telephone:  212-416-8271
>             E-mail:  andrew.frank@ag.ny.gov