Alan Klinger
212 378 7677
aklinger@Steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

<u>Via ECF</u>

July 11, 2025

Honorable Lewis J. Liman
U.S. District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Chan, et al. v. U.S. Dep't of Transp., et al.*, No. 1:23-cv-10365 (LJL); *Mulgrew, et al. v. U.S. Dep't of Transp.*, No. 1:24-CV-01644 (LJL)

Dear Judge Liman,

    We are counsel for Plaintiffs in the above-referenced actions. We are writing in response to the Court's Order to Show Cause dated July 8, 2025. Plaintiffs have elected not to replead Counts Four and Five of both the *Mulgrew* and *Chan* Plaintiffs' Complaints, as permitted by the Court's prior Opinion and Order dated April 17, 2025.

    Respectfully submitted,

    <u>/s/ Alan M. Klinger</u>

    Alan M. Klinger

    *Attorney for Plaintiffs*