UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/14/2025__
```

| |
|---|
| MICHAEL MULGREW, *et al.*, <br><br>                Plaintiffs, <br><br>     -v- <br><br> UNITED STATES DEPARTMENT OF <br> TRANSPORTATION, *et al.*, <br><br>               Defendants. |

24-cv-1644 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 8, 2025, the Court ordered Plaintiffs to show cause by July 11, 2025 why the Court should not enter judgment for Defendants.  Dkt. No. 168.  On July 11, 2025, counsel for Plaintiffs submitted a letter stating that "Plaintiffs have elected not to replead Counts Four and Five of both the *Mulgrew* and *Chan* Plaintiffs' Complaints, as permitted by the Court's prior Opinion and Order dated April 17, 2025."  Dkt. No. 169.

The Clerk of Court is respectfully directed to enter judgment for Defendants in the above-captioned action.

SO ORDERED.

Dated: July 14, 2025
     New York, New York

                                     LEWIS J. LIMAN
                              United States District Judge