**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL MULGREW, et al.,

                Plaintiffs,

  -against-                                      24 **CIVIL** 1644 (LJL)

                                                           **<u>JUDGMENT</u>**

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 14, 2025, the Court ordered Plaintiffs to show cause by July 11, 2025 why the Court should not enter judgment for Defendants. Dkt. No. 168. On July 11, 2025, counsel for Plaintiffs submitted a letter stating that "Plaintiffs have elected not to replead Counts Four and Five of both the Mulgrew and Chan Plaintiffs' Complaints, as permitted by the Court's prior Opinion and Order dated April 17, 2025." Dkt. No. 169.  Judgment is entered for Defendants in the above-captioned action.

**Dated:**  New York, New York

        July 15, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                         **BY:**     *K. Mango*

                                                                     **Deputy Clerk**